902

No. 358, Misc. VanHorn v. Robinson, Warden. Petition for writ of certiorari to the Circuit Court of Randolph County, Illinois, dismissed on motion of petitioner.

No. 218, Misc. Antrobus v. United States. C. A. 3d Cir. Application for bail denied. Certiorari also denied. Petitioner *pro se*. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Edward S. Szukelewicz* for the United States. ▮▮

No. 337, Misc. Van Eps v. Michigan. Supreme Court of Michigan. Certiorari denied. Motion for leave to file petition for writ of habeas corpus also denied.

No. 335, Misc. Dodd v. Steele, Warden;
No. 346, Misc. Van Newkirk v. McNeill, Superintendent;
No. 350, Misc. Pardee v. Michigan;
No. 355, Misc. Koenig v. Cranor, Superintendent;
No. 364, Misc. Williams v. Eidson, Warden; and
No. 374, Misc. Farley v. Skeen, Warden. Motions for leave to file petitions for writs of habeas corpus denied.

No. 353, Misc. Gloria O Towing Corp. v. Byers, U. S. District Judge. Motion for leave to file petition for writ of prohibition and/or mandamus denied. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit also denied. *Edmund F. Lamb* for petitioner. *Robert S. Erskine* for respondent.

No. 352, Misc. Johnson v. Utah; and
No. 360, Misc. Bozell v. United States. Applications denied.